# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2021

162769 & (23)

Bridget M. McCormack,
Chief Justice

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

JERRY ANDERSON, II,
Defendant-Appellant.

_____/

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162769
COA: 355189
Genesee CC: 16-039145-FC

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 23, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021



Clerk

b0525